PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCELO GONZALEZ LOPEZ, | ) | |
| | ) | CASE NO. 4:25CV2449 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| REBECCA ADDUCCI, *etc.*, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | **ORDER TO SHOW CAUSE** |

Pending are Petitioner Marcelo Gonzalez Lopez's Application for Issuance of Order to Show Cause (ECF No. 1-1) pursuant to 28 U.S.C. § 2243 and Petition for Writ of Habeas Corpus (ECF No. 1).

1. On or before November 20, 2025, at 4:00 PM EST, Respondents shall serve and file an "Answer" to the Petition for a Writ of Habeas Corpus (ECF No. 1) (not to exceed 20 pages) and show cause why the Petition should not be granted and the writ as prayed for issued. The Answer shall include a response to the allegations of the Petition, and a statement as to what transcripts are available.

2. On or before November 21, 2025, at 12:00 PM EST, Petitioner shall file a "Brief in Response" (not to exceed 10 pages).

3. The Court will hold a Telephonic Hearing on November 21, 2025, at 3:00 PM EST, at which time Susan Blumenthal, counsel for Petitioner, shall initiate a telephonic conference call to

(4:25CV2449)

the Court at (330) 884-7435 with counsel for Respondents on the line. Each side shall be prepared to voice its position regarding the Petition for Writ of Habeas Corpus (ECF No. 1).

    4. Attorney Blumenthal shall forthwith serve a copy of this Order to Show Cause upon the United States Attorney for the Northern District of Ohio in accordance with the applicable Federal Rules of Civil Procedure and the Local Rules for filing and service of non-electronic documents and file a proof of service.

    IT IS SO ORDERED.

|   November 18, 2025   |   */s/ Benita Y. Pearson*   |
|---|---|
| Date | Benita Y. Pearson<br>United States District Judge |